FILED
2006 Mar-03 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

Regina Bey-Wright
126 Trent Road
Enterprise, AL 36330

Case# CV-06-BE-282

2006 MAR -3 AM 10:24

Dear Sir/Madam:

I Regina Bey-Wright would like to make a motion to dismiss and retrieve my Civil Rico complaint that was filed on February 8, 2006.

Sincerely,
Regina Bey-Wright