FILED
2006 Mar-31 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BEY-WRIGHT,** | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]    CV-06-BE-0282-S |
| | ] |
| **L-3 COMMUNICATIONS, LLC, et al.,** | ] |
| | ] |
| Defendants. | ] |

## ORDER

This case is before the court on Plaintiff's Motion to Dismiss (doc. 2). After reviewing the record, the court finds that Plaintiff's Motion is due to be **GRANTED**. The court **ORDER**S that this case be **DISMISSED without prejudice**.

DONE and ORDERED this 6th day of March, 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE