Corrected address for Regina Bey Wright
126 Trent Road
Enterprise, AL
36330

Case # 06-282-KOB

**FILED**
MAY - 1 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



RECEIVED
07 MAY -1 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA