Case 2:07-cv-00752-KOB-JEO Document 7 Filed 05/02/2007 Page 1 of 3

FILED
2007 May-02 PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

07 MAY -1 PM 12: 04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

(X) authority to commence an action without prepayment of fees, costs or security.

I. **PERSONAL AND FINANCIAL DATA**

A. Your full name and present mailing address:

Regina Marie Bey-Wright
126 Trent Road
Enterprise, Alabama 36330

Telephone (if any): (334) 347-2883

B. Are you presently employed?   Yes ____   No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earning: $ ____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Army Fleet Support, last worked 14 Feb 2007
Donnell Blvd    weekly salary $840.00 $500.00
Daleville, AL 36322

Date last worked: 14 Feb 2007

Weekly earnings: $840.00

Approximately how much money have you received in the past twelve months: as wages, salary, commissions, or earned income of any kind? $ 42,000.00

as interest, dividends, rents, or investment income of any kind? $ 144.00

      as gifts or inheritance? $ 0

      from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ 4,000.00

      from pensions, annuities, workmen's compensation, disability or other insurance policies $ 0

      from all other sources? $ 0

C. How much money do you own or have in any checking or savings accounts?

      $ 200.00

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? $ 2,100.00

If the answer is "yes," describe the property and state its approximate value:
bonds $2100.00

E. How much money do you owe to others? $ 27,000.00

    As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:
Sallie Mae Student loan $15,000.00
Macys credit card $300.00
Washington Mutual Visa $900.00

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
LaShawn Wright daughter $8,000.00
LaTrice Wright daughter $7,000.00

G. Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed? Yes _____ No ✓

    If the answer is "yes," give the following information for each such person:

Name:_____
Relationship:_____
Employer:_____
Weekly earnings:$_____

Name:_____
Relationship:_____
Employer:_____
Weekly earnings:$_____

H. Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

I was helping to support one child's college education and I have another child who is a senior graduating June 4, 2007 that wants to go to college and needs help to pay her college.

### III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Dated: 1 May 2007                    Regina Reynolds
                                     SIGNATURE

WITNESS:

_____

_____