FILED
2007 Jun-27 AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

Regina [Wyatt]
126 Trent Road
Enterprise, AL 36330

Case # 2:06-cv-00282-KOB

June 20, 2007

FILED
2007 JUN 20 AM 9:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

In follow up to the request to provide addresses for each of the defendants named in the complaint. I would like to make a motion to get a court ordered attorney appointed to me for representation to properly name defendants and correct information in the complaint.

Sincerely,

Regina Wyatt