FILED
2007 Jul-16 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT, | ] |
| Plaintiff, | ] |
| v. | ] 1:07cv745-WKW |
| L-3 COMMUNICATIONS, LLC, et. al., | ] CV-06-BE-282-S |
| Defendants. | ] |

## ORDER

Having reviewed Plaintiff's amended complaint (Doc. 5), the court finds that venue is not proper in this court. Plaintiff resides in the Middle District of Alabama, and the conduct about which Plaintiff complains occurred in the Middle District of Alabama. Based on the convenience of parties and witnesses and the interests of justice, the court finds that a transfer of venue is proper under 28 U.S.C. § 1404(a). Accordingly, the court hereby TRANSFERS the case to the United States District Court for the Middle District of Alabama.

DONE and ORDERED this 16th day of July, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

RECEIVED
2007 AUG 21 P 3: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sharon Harris
Clerk

August 21, 2007

United States District Court
Middle District of Alabama
Office of the Clerk
One Church Street
Montgomery, Alabama 36104

Re: Regina Bey-Wright v. L-3 Communications, LLC, Case No: 2:06-cv-282-KOB

Dear Clerk:

In accordance with the order of this court entered July 16, 2007, the above-entitled civil action is transferred to your court for further litigation. Enclosed are certified pdf copies of the order of transfer, docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: _Stacy Handley_
Deputy Clerk

SNH:

Enclosures

CLOSED

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00282-KOB
### Internal Use Only

Bey-Wright v. L-3 Communications, LLC et al
Assigned to: Judge Karon O Bowdre
Demand: $20,000,000
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 02/08/2006
Date Terminated: 07/19/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Regina Bey-Wright**     represented by **Regina Bey-Wright**
126 Trent Road
Enterprise, AL 36330
PRO SE

V.

**Defendant**

**L-3 Communications, LLC**

**Defendant**

**Army Fleet Support, LLC**

**Defendant**

**George Hickman**

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK

**Defendant**

**Ken Demarko**

**Defendant**

**Stephanie McGarvey**

**Defendant**

**Lori Drysdale**

**Defendant**

**Verlene Bell-Foster**

**Defendant**

**Edward Brown**

**Defendant**

**Marlin Brandon**

**Defendant**
**Ruby Elder**

**Defendant**
**Cassandra Ferguson**

**Defendant**
**Alicia Lightner**

**Defendant**
**Lex Morrill**

**Defendant**
**Dan Newlan**

**Defendant**
**William Parsons**

**Defendant**
**Chuck Pritchett**

**Defendant**
**Harry Smith**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2006 | 1 | COMPLAINT against all defendants, filed by Regina Bey-Wright. Filing fee $DUE (KLL, ) (Entered: 02/09/2006) |
| 03/03/2006 | 2 | MOTION to Dismiss case by Regina Bey-Wright. (KLL, ) (Entered: 03/03/2006) |
| 03/06/2006 | 3 | ORDER granting 2 Plaintiff's Motion to Dismiss. The case is dismissed without prejudice. Signed by Judge Karon O Bowdre on 3-6-2006. (BAC, ) Additional attachment(s) added on 3/31/2006 to correct inadvert omission of imaged order (KLL, ). (Entered: 03/06/2006) |
| 02/12/2007 | 4 | MOTION to reinstate the original RICO complaint under the relation back amendment of Rule 15(c) Federal Rules of Civil Procedure by Regina Bey-Wright. (Attachments: # 1)(SMH2, ) (Entered: 02/14/2007) |
| 04/06/2007 |  | ORDER granting 4 Motion to Reinstate Original Complaint. The court also GRANTS Plaintiff's request for leave to file an amended complaint. The court hereby DIRECTS the clerk of court to file Plaintiff's amended complaint, which is attached to her motion to reinstate (Doc. 4). Signed by Judge Karon O Bowdre on 4-7-07. (EKM, ) (Entered: 04/06/2007) |
| 04/06/2007 | 5 | AMENDED COMPLAINT against Marlin Brandon, Ruby Elder, Cassandra Ferguson, Alicia Lightner, Lex Morrill, Dan Newlan, William |

|  |  |  |
|---|---|---|
|  |  | Parsons, Chuck Pritchett, Harry Smith, Edward Brown, L-3 Communications, LLC, Army Fleet Support, LLC, George Hickman, Ken Demarko, Stephanie McGarvey, Lori Drysdale, Verlene Bell-Foster, filed by Regina Bey-Wright. (SMH2, ) (Entered: 04/09/2007) |
| 04/06/2007 |  | (Court only) ***Case Reopened pursuant to order entered 4/6/07. (SMH2, ) (Entered: 04/09/2007) |
| 05/01/2007 | 6 | NOTICE of Change of Address by Regina Bey-Wright (SMH2, ) (Entered: 05/02/2007) |
| 05/01/2007 | 7 | MOTION for Leave to Proceed in forma pauperis by Regina Bey-Wright. (SMH2, ) (Entered: 05/02/2007) |
| 05/07/2007 |  | ORDER granting 7 Motion for Leave to Proceed in forma pauperis . Signed by Judge Karon O Bowdre on 05/07/07. (JWT, ) (Entered: 05/07/2007) |
| 06/20/2007 | 8 | MOTION to Appoint Counsel by Regina Bey-Wright. (SMH2, ) (Entered: 06/27/2007) |
| 07/16/2007 | 9 | ORDER: Court finds that venue is not proper in this court. Case is TRANSFERRED to the United States District Court for the Middle District of Alabama. Signed by Judge Karon O Bowdre on 7/16/07. (SMH2, ) (Entered: 07/16/2007) |
| 07/19/2007 |  | (Court only) ***Civil Case Terminated pursuant to order entered 7/16/07. (SMH2, ) (Entered: 07/19/2007) |