IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:07-CV-00745-WKW |
| v. | ) |
| | ) |
| L-3 COMMUNICATIONS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 23rd day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE