IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-745-WKW-TFM |
| | ) |
| L-3 COMMUNICATIONS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to the plaintiff that the Court finds that plaintiff has failed to cause service to be made upon the defendants to this action within 120 days after the filing of the Complaint in this action on April 6, 2007. It is the present intention of this Court to dismiss this case without prejudice on August 30, 2007, unless plaintiff shows good cause for her failure to comply with Federal Rule of Civil Procedure 4 before that date.

Done this 23rd day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE