IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0745-WKW |
| ) | |
| L-3 COMMUNICATIONS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On September 6, 2007, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 12) is ADOPTED;

2. Plaintiff's action is DISMISSED for non-compliance with Rule 4(m) of the Federal Rules of Civil Procedure;

3. This case is DISMISSED WITHOUT PREJUDICE.

An appropriate judgment will be entered.

Done this 24th day of September 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE